FILED

10/10/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0407

IN THE SUPREME COURT FOR THE STATE OF MONTANA

No. DA 23-0407

PATRICK A. MALLOY, III,
            Plaintiff/Appellant,

   vs.

BETTINA J. WEILER MALLOY HUNT,
PROVIDENCE ST. PATRICK HOSPITAL,
PROVIDENCE HEALTH SERVICES, and
JOHN DOES 1-5,
            Defendants/Appellees.

## ORDER

Upon consideration of Appellant's motion for a 30-day extension of time, and good cause appearing therefrom, Appellant is granted an extension of time to and including November 8, 2023, within which to prepare, file, and serve its response brief.

Signed this _____ day of _____, 2023

_____
Bowen Greenwood, Clerk of the Supreme Court

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 10 2023